
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
September 6, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VM___ DEPUTY

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. CR 07-1306 SVW | Date September 6, 2016 |
| Title United States v. Garay | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**   ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that:

A.   ☒   Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒   Lack of bail resources

    ☐   Refusal to interview with Pretrial Services

    ☐   No stable residence or employment

    ☐   Previous failure to appear or violations of probation, parole, or release

    ☐   Ties to foreign countries

    ☐   Allegations in petition

    ☐

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. CR 07-1306 SVW | Date September 6, 2016 |
| Title United States v. Garay | |

    B.    ☒    Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

         ☒    Nature of previous criminal convictions

         ☒    Allegations in petition

         ☐    Substance abuse

         ☐    Already in custody on state or federal offense

         ☐

    C.    ☒    Defendant submitted to detention

<p align="center">* * *</p>

    IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.