UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:07-cr-01306-SVW |
| Plaintiff | **CORRECTED** JUDGMENT AND COMMITMENT ORDER |
| vs. | |
| Efrain Enrique Garay, | |
| Defendant. | |

WHEREAS, on September 19, 2016, the defendant having admitted the single allegation, the Court finds that the defendant violated the conditions of the supervised release order imposed on September 15, 2008.

IT IS ADJUDGED, upon the findings of the Court, supervised release is revoked, vacated, and set aside. The defendant is committed to the custody of the Bureau of Prisons for a period of **TWELVE (12) MONTHS and One (1) Day** with no supervision to follow. This is sentence is ordered to run concurrent to the sentence ordered in the Western District of Texas, under Docket No. 15-CR-01743-FM(1).

/ / /

/ / /

/ / /

/ / /

1  IT IS ORDERED that the Clerk deliver a copy of this judgment modifying supervised release
2  to the U.S. Marshal and the U.S. Probation Office, or other qualified officer.

4  DATE: November 2, 2016

                                        STEPHEN V. WILSON
                                        UNITED STATES DISTRICT JUDGE

7  DATE: November 2, 2016

                                        KIRY K. GRAY, CLERK OF COURT

                                        by    /s/ Paul M. Cruz
                                        Paul M. Cruz, Deputy Clerk